# United States District Court
# Central District of California

JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAY 17, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_BH\_\_\_\_ DEPUTY

Broadway Textile, Inc.

          Plaintiff,

  v.

Teodolfo Ponciano Velasquest

          Defendant.

CV 17-01516-VAP (JCx)

**Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to Plaintiff Broadway Textile, Inc.'s Notice of Voluntary Dismissal (Doc. No. 17), IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   5/17/17

*Virginia A. Phillips*
Virginia A. Phillips
Chief United States District Judge

1