**United States District Court
Central District of California**

FILED
CLERK, U.S. DISTRICT COURT

MAY 17, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

Broadway Textile, Inc.

                Plaintiff,

      v.

Teodolfo Ponciano Velasquest

                Defendant.

CV 17-01516-VAP (JCx)

**Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to Plaintiff Broadway Textile, Inc.'s Notice of Voluntary Dismissal (Doc. No. 17), IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:    5/17/17

                                        Virginia A. Phillips
                                        Chief United States District Judge